UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

```
FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

13 MAY -9 PM 3: 18

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK
```

Jacquelyn S Jones-Louis, )
                        )
       Plaintiff,       )
                        )
vs.                     )   Cause No.
                        )
Patrick R. Donahue,     )
Postmaster General, GLA,)   1:13-cv-0762 SEB-MJD
                        )
       Defendant.       )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant Patrick R. Donahue for discrimination as set forth below.

Plaintiff ✓ DOES ___ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name, Address, and Phone Number:

Patrick R. Donahue
475 Lenfant Plaza SW
Washington DC 20260

Defendant's Name and Address:

Jacquelyn S Jones-Louis
P.O. Box 502794
Indianapolis IN 46250

## II. JURISDICTION

1.  This complaint is brought pursuant to:

    _____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

    _____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Other (list): _____

2.   Plaintiff ____ DID ____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3.   Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _February 18, 2013_ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

I was improperly terminated, refused employment and inappropriately and incorrectly affected by the USPS' OWCP proceedings.

### IV. FACTS IN SUPPORT OF COMPLAINT

See attached!

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Relief based on the specific amounts in my EEOC claim plus\and or $2.5 M dollars, in relief.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 9 day of May, 2013.

*(Signature of Plaintiff)*