UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACQUELYN S. JONES-LOUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:13-CV-762-SEB-MJD |
| | ) |
| PATRICK R. DONOHOE, POSTMASTER, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant, United States of America, by counsel, hereby moves to dismiss Plaintiff, Jacquelyn S. Jones-Louis' ("Jones-Louis") Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.  In support of this Motion, the United States tenders its Brief in Support of Motion to Dismiss, filed contemporaneously herewith.  For the reasons stated in the accompanying brief, the United States respectfully requests that this Court dismiss Jones-Louis' Complaint and grant it all other just and proper relief.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney


By:     /s/ Jonathan A. Bont
        Jonathan A. Bont
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing **DEFENDANT'S MOTION**

**TO DISMISS**  upon the parties herein by mailing a copy thereof to the following non-CM/ECF

participant, by first class mail, on this 30th day of September, 2013:

Jacquelyn S. Jones-Louis
P.O. Box 502794
Indianapolis, IN  46250

/s/ Jonathan A. Bont
Jonathan A. Bont
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204