| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE US <u>Southern District</u> COURT |
| ) SS: | | (<u>Indianapolis</u> DIVISION) |
| COUNTY OF Marion ) | | |
| | | CASE NO.  1:13-cv-762-SEB-MJD |
| Jacquelyn S. Jones-Louis, ) | | |
| Petitioner ) | | |
| Vs. ) | | |
| Patrick R. Donohue, Postmaster, ) | | |
| Respondent ) | | |
| _____ ) | | |

### PETITIONER'S MOTION TO CLARIFY THE BRIEFING SCHEDULE

    Petitioner, respectfully move the Court to clarify its September 30, 2013, decision to have the date of reply from Ms. Jacquelyn Jones-Louis, Petitioner, on or before September 14-17, 2013, in rebuttal to the Motion To Dismiss from the U.S. Postal Service on her pending Civil Case and Court's October, 2013, decision for a Stay, respectively.

    In light of a Stay as requested by the Federal government on all Civil cases brought before the courts, the Petitioner moves the Court to give an exact date of rebuttal deadline or allow the Petitioner an indefinite amount of time as determined by the Federal Court's lifting of the government shutdown (plus two weeks additional, only, if needed by the Petitioner).

Dated:  Thursday, October 10, 2013

Respectfully Submitted,

*[signature]*

Jacquelyn S. Jones-Louis,
Petitioner

> Plaintiff is given an enlargement of time, up to and including November 12, 2013 in which to respond to Defendant's Motion to Dismiss [Dkt. 14].
> Dated:  October 28, 2013

*[signature]*

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
All Electronically Registered Cousnel
VIA US MAILTO
JACQUELYN S. JONES-LOUIS
P.O. Box 502794
Indianapolis, IN 46250