UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACQUELYN S. JONES-LOUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:13-cv-00762-SEB-MJD |
| ) | |
| PATRICK R. DONAHUE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER TO SHOW CAUSE
HEARING**

Plaintiff Jacquelyn S. Jones-Louis shall appear in open Court **on Tuesday, March 24, 2015 at 3:20 p.m**, in Room 243, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore to answer why she should not be sanctioned for having failed to appear for the February 19, 2015 telephonic status conference in this matter.   Counsel for other parties, may, but need not attend.

Dated:   02/20/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

JACQUELYN S. JONES-LOUIS
P.O. Box 441061
Indianapolis, IN 46244

Debra Ann Mastrian
KRIEG DEVAULT LLP
dmastrian@kdlegal.com

Michael A Gaston-Bell
KRIEG DEVAULT LLP
mgaston-bell@kdlegal.com

Jonathan A. Bont
UNITED STATES ATTORNEY'S OFFICE
jonathan.bont@usdoj.gov